IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LARRY J. BROWN,

                                                                                             ORDER

                  Petitioner,

                                                                           09-cv-17-bbc

     v.

SUSAN BROWN, JENNIFER DELVAUX,
J. GOH, JAMES SCHAUB, TOM POLLARD,
MARK WEISGERBER, TIMOTHY PIERCE,
TIMOTHY DOUMA, AMY SMITH,
WELCOME F. ROSE and JUDY P. SMITH,

                  Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In response to this court's order of February 13, 2009, petitioner has advised the court that he will dismiss this case voluntarily rather than pay the $350 filing fee in full. (In the February 13 order, I denied petitioner's motion for reconsideration of my previous ruling that he has incurred three strikes and therefore is disqualified from proceeding in forma pauperis under 28 U.S.C. § 1915(g).) Therefore I will direct the clerk of court to close this case and insure that the court's financial records reflect that petitioner does not owe the $350 filing fee. In addition, I am enclosing to petitioner his original complaint and the additional copies he submitted pursuant to his request.

1

ORDER

IT IS ORDERED that the clerk of court is directed to close this case and insure that the court's financial records reflect that petitioner does not owe the $350 filing fee.

Entered this 3rd day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge